

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00955-CV

**IN RE ACADEMY, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Relator filed a letter asking this court to dismiss the petition for writ of mandamus because the parties reached an agreement resolving the issue raised in the petition. We grant the request and dismiss the petition for writ of mandamus. The court's opinion will issue at a later date.

It is so **ORDERED** on December 19, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI23341 & 2018CI14368, styled *Chris Ward, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.